**This document was signed electronically on October 25, 2015, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: October 25, 2015**



_____
**ALAN M. KOSCHIK
U.S. Bankruptcy Judge**

# THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In Re: ) | |
| ) | CHAPTER 13 |
| ) | CASE NO: 14-53019 |
| Scott M. Miller ) | |
| Angela D. Miller ) | |
| ) | ALAN M. KOSCHIK |
| ) | BANKRUPTCY JUDGE |
| DEBTORS ) | |
| ) | ORDER DENYING DEBTORS' MOTION TO |
| ) | REINSTATE CASE |

**CHAPTER 13**
Keith Rucinski,
Trustee
One Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com

On or about August 17, 2015, the debtors filed a motion to reinstate case (docket no. 45) and in response the Chapter 13 Trustee filed an objection to the debtors' motion (docket no. 50). The debtors' motion and the Trustee's objection are incorporated herein as if fully rewritten.

The debtors' motion was before the Court on October 8, 2015.

Following the filing of debtors' motion to reinstate, the debtors failed make any payments to Trustee after dismissal of the case. Following the dismissal of the case on August 2, 2015, the Trustee refunded $2,353.62 to the debtors and those funds were required to be repaid to the Trustee in order to reinstate the case. The

**CHAPTER 13**
Keith L Rucinski
Trustee
One Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com

debtors never made any payment to the Trustee after the case was dismissed. At the October 8th hearing, the debtors failed to appear or provide any formal response to refute the points outline in the Trustee's objection. Given that there was no formal opposition to the Trustee's objection at the October 8th hearing, the Court denied the debtors' motion to reinstate the case.

It is SO ORDERED.

###

Submitted by:

 /s/ Joseph A. Ferrise_____
Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, Ohio 44308
Tel 330.762.6335
Fax 330.762.7072
krucinski@ch13akron.com
jferrise@ch13akron.com


cc:

Scott M Miller
1043 Verona Avenue
Kent, OH 44240
Debtor
(via Regular U.S. Mail)

Angela D Miller
1043 Verona Avenue
Kent, OH 4424
Debtor
(via Regular U.S. Mail)

Ronald Capellazzo, Esq.
Debtors' Counsel
(via ECF at ronc@amourgis.com)

All creditors listed in the debtors' schedules
(via Regular U.S. Mail)

Amy Good, Esquire
Office of the US Trustee
(via ECF at Amy.L.Good@usdoj.gov)

Keith L. Rucinski, Chapter 13 Trustee

(via ECF at **krucinski@ch13akron.com**)

**CHAPTER 13**
Keith Rucinski,
Trustee
One Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com