# THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

IN RE: ) CHAPTER 13
) CASE NO: **14-53019**
**SCOTT M MILLER** )
**ANGELA D MILLER** ) ALAN M. KOSCHIK
) BANKRUPTCY JUDGE
)
Debtor(s) )
) TRANSMITTAL OF UNCLAIMED
FUNDS

---

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **SCOTT M MILLER**
   **Check 151465**
   **Claim #998**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of **$2147.62** payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **12/4/2015**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

| | |
|---|---|
| **SCOTT M MILLER** | **ANGELA D MILLER** |
| **1043 VERONA AVENUE** | **1043 VERONA AVENUE** |
| **KENT, OH 44240** | **KENT, OH 44240** |
| **(Via Regular Mail)** | **(Via Regular Mail)** |

**RONALD L CAPPELLAZZO ESQ (via ECF)**

**SCOTT M MILLER**
**1043 VERONA AVENUE**
**KENT, OH 44240**
**(via Regular Mail)**

Date of Service: **12/4/2015**     By: **Natalie Everly**
Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072